**Serwah KANU, RN, Plaintiff—Appellant,**

v.

**00204 GLC; Sleepy Hollow; Beverley Health & Rehabilitation Services, Inc., Defendants—Appellees.**

**No. 09–1975.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 1, 2010.

Decided: April 8, 2010.

Serwah Kanu, Appellant Pro Se. Scott William Kezman, Kaufman & Canoles, PC, Norfolk, Virginia, for Appellees.

Before NIEMEYER, KING, and DAVIS, Circuit Judges.

---

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Serwah Kanu appeals the district court's order granting Defendants' motion pursuant to Fed.R.Civ.P. 12(c) and dismissing Kanu's civil action alleging intentional infliction of emotional distress. We have reviewed the record and agree that Kanu's complaint fails to state a claim for this cause of action. *See Womack v. Eldridge*, 215 Va. 338, 342, 210 S.E.2d 145 (1974). Accordingly, we affirm the district court's order of dismissal. *Kanu v. 00204 GLC*, No. 1:09–cv–00726–CMH–IDD (E.D.Va. Aug. 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*